UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media, LLC,

      Plaintiff(s),

v.               Case No. 2:19−cv−11827−MAG−RSW
                Hon. Mark A. Goldsmith

John Doe,

      Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 3/16/2020, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

s/Mark A. Goldsmith
Mark A. Goldsmith
U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Sandusky
Case Manager

Dated: March 9, 2020