### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:19-cv-11827-MAG-RSW |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 68.49.179.62, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [CM/ECF 22]

Plaintiff, Malibu Media, LLC, hereby responds to this Honorable Court's Order to Show Cause [CM/ECF 22] dated March 9, 2020, and respectfully states:

This Honorable Court's Order to Show Cause [CM/ECF 22], requests Plaintiff show why this action should not be dismissed for failure to prosecute.

Plaintiff represents that a settlement has been reached, and a settlement agreement has been executed. Upon the Court's Order to Show Cause being entered, Plaintiff was preparing to file its Notice of Voluntary Dismissal with Prejudice.

Plaintiff is filing a Notice of Voluntary Dismissal with Prejudice contemporaneously with this Response.

WHEREFORE, Plaintiff requests this Honorable Court dismiss the above-captioned action with prejudice.

Dated: March 10, 2020.

Respectfully submitted,

**BOROJA, BERNIER & ASSOCIATES PLLC**

1

/s/ *Joel A. Bernier*
**By:  JOEL A. BERNIER (P74226)**
49139 Schoenherr Rd.
Shelby Township, MI 48315
T: 586-991-7611
F: 586-991-7612
Email: Bbclawgroup@gmail.com
*Attorney for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*
**By:  JOEL A. BERNIER (P74226)**